**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 15-cv-02417-LTB

**LAWRENCE HARRIS**,

    Plaintiff,

v.

**GORDON P. GALLAGHER**, Judge

    Defendant.

---

**JUDGMENT**

---

    Pursuant to and in accordance with the Order of Dismissal entered by Lewis T. Babcock, Senior District Judge, on November 16, 2015, it is hereby

    ORDERED that Judgment is entered in favor of Defendant and against Plaintiff.

    DATED at Denver, Colorado, this 16 day of November, 2015.

                            FOR THE COURT,

                            JEFFREY P. COLWELL, Clerk


                            By: s/  A. García Gallegos
                                   Deputy Clerk