**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 15-cv-02417-LTB

LAWRENCE HARRIS,

    Plaintiff,

v.

GORDON P. GALLAGHER, Judge,

    Defendant.

---

**MINUTE ORDER**

---

ORDER ENTERED BY SENIOR JUDGE LEWIS T. BABCOCK

    On December 11, 2015, Plaintiff filed a Motion to Dismiss, ECF No. 18,.   This action is pending on appeal.   The Court lacks jurisdiction to consider the Motion to Dismiss.   The Motion, ECF No. 18, is DENIED.   Furthermore, the Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form), ECF No. 13, is DENIED as moot.

Dated:   January 23, 2016

---